# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of November, two thousand and twenty-one,

Asapansa-Johnson Walker et al.
v.
U.S. Department of Health and Human Services et al.

STIPULATION
Docket Number: 20-3580; 20-3827

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 11/22/2021

/s/ Joshua Dos Santos
Attorney for Appellant
Joshua Dos Santos, U.S. Department of Justice
Print Name and Firm

Date: 11/22/2021

/s/ Edward J. Jacobs
Attorney for Appellee
Edward J. Jacobs, BAKER & HOSTETLER LLP
Print Name and Firm